UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
     U.S.A.

       -V-

    HIRALDO-GUERRERO

------------------------------X

\# 10 Cr 280 (JFK)

The sentence in this case, set for Monday, November 3, 2014, has been rescheduled from 11:00 a.m. to **10:30 a.m.**

SO ORDERED.

Dated: New York, New York

10-24-14

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-14